No. 12–7911. DE OLEO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7912. HAMMOUD, AKA ABOUSALEH, AKA ALBOUSALEH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7915. JOHN v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 12–7916. JONES v. CLAWSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7918. RUFFIN v. COX, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 12–7919. RIVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7920. ROSZKOWSKI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7922. COMFORT v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–7923. DINKINS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7924. CROOM v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 12–7926. DUBOC v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7928. JONES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7931. SNOW v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7932. SNEED v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7933. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.